

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00571-CV

**IN THE INTEREST OF A.E.J.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA01290
Honorable Charles Montemayor, Associate Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's order terminating appellant's parental rights to the child A.E.J. is AFFIRMED. We ORDER that no costs be assessed against appellant in relation to this appeal because appellant is presumed indigent under Texas Family Code section 107.013(e).

SIGNED February 12, 2025.

_____
Rebeca C. Martinez, Chief Justice